UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BURTON WILLIFORD, individually and on behalf of all others similarly situated, | ) ) ) No. 2:17-cv-00945 |
| Plaintiff, | ) ) Magistrate Judge Maureen Kelly |
| v. | ) ) |
| RICE ENERGY, INC., | ) ELECTRONICALLY FILED ) |
| Defendant. | ) |

**STIPULATION TO EXTEND DEFENDANT'S
RESPONSIVE PLEADING DUE DATE**

**AND NOW**, come Defendant, Rice Energy Inc. ("Defendant"), together with Plaintiff, Burton Williford ("Plaintiff"), by and through their undersigned counsel, and file this Stipulation to Extend Defendant's Responsive Pleading Due Date, averring as follows:

1. On July 18, 2017, Plaintiff filed a Complaint against Defendant. ECF No. 1.

2. To date, Defendant has not been formally served, but a copy of the Complaint was provided to Defendant's undersigned counsel on or about the date the Complaint was filed.

3. Counsel for Defendant and counsel for Plaintiff have conferred and agreed that Defendant shall file a responsive pleading to twenty-one (21) days beyond today's date, to wit, August 31, 2017.

4. The extension of time does not exceed forty-five (45) days from the original responsive pleading due date.

5. This Stipulation is filed before the response to Plaintiff's Complaint is due and is sought in good faith and not for the purpose of unwarranted delay.

6. No prior extensions have been sought.

**WHEREFORE,** pursuant to LCvR 7(E), the parties agree that Defendant shall file its

responsive pleading on or before August 31, 2017.

| | |
|---|---|
| Date: August 10, 2017 | Respectfully submitted, |

| | |
|---|---|
| *s/ Andrew W. Dunlap* | *s/ Christian Antkowiak* |
| Andrew W. Dunlap | Christian Antkowiak |
| Texas Bar No. 24078444 | Pennsylvania Bar No. 209231 |
| adunlap@fibichlaw.com | christian.antkowiak@bipc.com |
| *Admitted Pro Hac Vice* | |
| | |
| Josephson Dunlap Law Firm | Buchanan Ingersoll & Rooney PC |
| 11 Greenway Plaza, Suite 3050 | One Oxford Centre, 20th Floor |
| Houston, Texas 77046 | Pittsburgh, PA 15219 |
| Telephone: 713-352-1100 | Telephone: 412-562-8800 |
| Telecopier: 713-352-3300 | Facsimile: 412-562-1041 |
| | |
| Joshua P. Geist (PA 85745) | *Attorney for Defendant,* |
| josh@goodrichandgeist.com | *Rice Energy, Inc.* |
| Goodrich & Geist, P.C. | |
| 3634 California Avenue | |
| Pittsburgh, PA 15212 | |
| Telephone: 412-766-1455 | |
| Facsimile: 412-766-0300 | |

*Attorneys for Plaintiff,*
*Burton Williford*