# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| BURTON WILLIFORD, each individually and on behalf of all others similarly situated,<br><br>v.<br><br>RICE ENERGY, INC. | Case No: 2:17-cv-00945-AJS-MPK<br>Class Action (Fed. R. Civ. P. 23)<br>Collective Action (29 U.S.C. § 216(b))<br><br>Judge Arthur J. Schwab<br>Magistrate Judge Maureen P. Kelly |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW S. PARMET

Matthew S. Parmet, undersigned counsel for Plaintiff, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff, pursuant to Local Rules 83.2 and 83.3, as well as the Court's Standing Order Regarding Pro Hac Vice Admission dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission Pro Hac Vice of Matthew S. Parmet filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated September 7, 2017.

Respectfully Submitted,

By: */s/ Matthew S. Parmet*
      Matthew S. Parmet
      Texas Bar No. 24069719
      *seeking admission pro hac vice*
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:    (713) 877-8788
Telecopier:    (713) 877-8065
mparmet@brucknerburch.com

- 2 -

Michael A. Josephson
Penn. Bar No. 308410
Andrew W. Dunlap
Texas Bar No. 24078444
*admitted pro hac vice*
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Ste. 3050
Houston, Texas 77046
Telephone:     (713) 352-1100
Telecopier:    (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Joshua P. Geist
Penn. Bar No. 85745
**GOODRICH & GEIST, P.C.**
3634 California Ave.
Pittsburgh, Pennsylvania 15212
Telephone:     (412) 766-1455
Telecopier:    (412) 766-0300
josh@goodrichandgeist.com

**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

On September 7, 2017, I served a copy of this document on all registered parties and/or their counsel of record, via the Court's CM/ECF system.

*/s/ Matthew S. Parmet*
_____
Matthew S. Parmet