UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **BURTON WILLIFORD**, individually and on behalf of all others similarly situated, | § § § § | Docket No. 2:17-cv-00945-MPK |
| | § | **JURY TRIAL DEMANDED** |
| Plaintiff, | § § | |
| v. | § § § | **CLASS/COLLECTIVE ACTION PURSUANT TO 29 U.S.C.§ 216(b)/ FED. R. CIV. P. 23** |
| **RICE ENERGY, INC.**, | § § | |
| Defendant. | § § | |

PLAINTIFF BURTON WILLIFORD'S MOTION FOR
ADMISSION *PRO HAC VICE* OF MICHAEL A. JOSEPHSON

  Michael A. Josephson hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Burton Williford pursuant to Local Rule 83.2 and Local Rule 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). Michael A. Josephson's contact information is as follows:

Michael A. Josephson
Pennsylvania Bar No. 308410
Fed. Id. 27157
Texas Bar No. 24014780
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@ mybackwages.com

  In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Michael A. Josephson filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

1

Respectfully submitted,

*/s/ Joshua P. Geist*
Joshua P. Geist
PA. I.D. No. 85745
Goodrich & Geist, P.C.
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

AND

*/s/ Michael A. Josephson*
Michael A. Josephson
Pennsylvania Bar No. 308410
Texas Bar No. 24014780
*(pending pro hac vice)*
Andrew Dunlap
Texas Bar No. 24078444
*(admitted pro hac vice)*
JOSEPHSON DUNLAP LAW FIRM
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
*(pending pro hac vice)*
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties.

/s/ *Michael A. Josephson*
**Michael A. Josephson**